IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| James A. Widtfeldt,      ) | |
|                          ) | 8:05CV8 |
|          Plaintiff,      ) | |
|                          ) | |
| vs.                      ) | ORDER |
|                          ) | |
| Holt County Board of Equalization, ) | |
| et al.,                  ) | |
|                          ) | |
|          Defendants.     ) | |

This matter is before the court on filing no. 29, the motion for an extension of time, filed by defendant-United States of America. The defendant requests an extension of time in which to respond to plaintiff's amended complaint. Upon review of the record, I will grant the motion, and the defendant shall have until June 5th, 2005 to file the document.

SO ORDERED.

DATED this 5TH day of May, 2005.

BY THE COURT:

s/F.A. GOSSETT
United States Magistrate Judge