IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES A. WIDTFELDT, | ) | 8:05CV8 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| HOLT COUNTY BOARD OF | ) | |
| EQUALIZATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on Filing No. 31, Defendant United States of America's third motion for extension of time to respond to Plaintiff's amended complaint. Defendant requests 10 days after the Court rules on Plaintiff's motion to allow amendment of amended complaint (Filing 22), or if Plaintiff's motion is granted, Defendant requests an extension of 10 days after service of Plaintiff's second amended complaint, in which to serve an answer or otherwise plead.

Upon review of the record, I will grant the motion, and Defendant United States of America shall have 10 days after the Court rules on Plaintiff's motion to allow amendment of amended complaint (Filing 22), or if Plaintiff's motion is granted, 10 days after service of Plaintiff's second amended complaint, in which to serve an answer or otherwise plead.

SO ORDERED.

DATED this 31st day of May, 2005.

BY THE COURT:

F.A. GOSSETT
United States Magistrate Judge