IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES A. WIDTFELDT, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV0008 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| HOLT COUNTY BOARD OF EQUALIZATION, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court on filing no. 22, the motion to amend, filed by the plaintiff. In filing no. 22, the plaintiff requests leave to amend his complaint to clarify issues raised in his original complaint. After review of the record I will grant the plaintiff's request. The complaint shall now be filing no. 1 as amended by the attached amended complaint in filing no. 14. In accordance with the court's order in filing no. 33, the defendants shall have 10 days from the date of this order in which to answer or otherwise respond to the plaintiff's amended complaint. Filing no. 22 is granted.

    SO ORDERED.

    DATED this 20th day of January, 2006.

BY THE COURT:

s/F.A. GOSSETT
United States Magistrate Judge