IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES A. WIDTFELDT, | ) |
|           Plaintiff, | )    8:05CV0008 |
| vs. | )    ORDER |
| HOLT COUNTY BOARD OF EQUALIZATION, et al., | ) |
|           Defendants. | ) |

This matter is before the court on filing nos. 40 and 41, the motions for an extension of time, filed by the plaintiff. In filing no. 41, the plaintiff requests an extension of time in which to respond to the defendants' motions to dismiss (filing nos. 35 and 37). Upon review of the record, I will grant filing no. 41, and the plaintiff shall have until April 20, 2006 to file his response. Filing no. 40 is denied as moot in light of this order.

IT IS THEREFORE ORDERED:

1. That filing no. 40 is denied as moot; and

2. That filing no. 41 is granted.

DATED this 17th day of March, 2006.

                                                      BY THE COURT:

                                                      S/F.A. GOSSETT
                                                      United States Magistrate Judge